HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00128-MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER; ORDER** |
| vs. | Date: February 8, 2017 |
| EVAN KING, | Time: 1:30 p.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Evan King, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the February 8, 2017 evidentiary hearing and be allowed to appear by video from the United States District Court in Portland, Maine. Mr. King agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. King were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

On November 9, 2016, the government filed an affidavit of alleged probation violation in this matter, alleging that Mr. King failed to pay a $10.00 statutory assessment and that he failed to provide proof that he attended Alcoholics Anonymous meetings at a rate of one time per week for a period of twelve months.

On November 15, 2016, this Court set an evidentiary hearing to determine whether Mr. King is in compliance with the terms and conditions of probation.

Mr. King currently resides and works in Kennebunk, Maine. It would be a serious financial hardship for Mr. King to travel over 3,000 miles to Yosemite. Additionally, travel to Yosemite would negatively impact his ability to retain his employment. Accordingly, Mr. King respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video from the United States District Court in Portland, Maine. The defense has contacted the district court in Portland, Maine, and has been informed that the court can accommodate a video conference.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2017        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EVAN KING

# **O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video at the evidentiary hearing in Case No. 6:14-mj-00128-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   February 7, 2017                /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

King – Rule 43 Waiver

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

King – Rule 43 Waiver