HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00128-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE FEBRUARY 8, 2017 EVIDENTIARY HEARING; ORDER** |
| vs. | |
| EVAN KING, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Evan King, that the February 8, 2017 evidentiary hearing be continued to March 1, 2017.

Mr. King currently resides and works in Kennebunk, Maine. Additional time is needed to coordinate a video conference with the United States District Court in Portland, Maine. The parties are in agreement to continue the February 8, 2017 evidentiary hearing to March 1, 2017, to provide the defense with sufficient time to coordinate a video conference with the district court in Portland, Maine.

//

//

//

1                                          Respectfully submitted,

2                                          PHILLIP A. TALBERT
                                           United States Attorney
3

4   Date:  February 6, 2017               /s/ Susan St. Vincent
                                           Susan St. Vincent
5                                          Yosemite Legal Officer
                                           Attorney for Plaintiff
6

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8

9   Date: February 6, 2017                /s/ Reed Grantham
                                           REED GRANTHAM
10                                         Assistant Federal Defender
                                           Attorney for Defendant
11                                         EVAN KING

12

13

14

15                              **O R D E R**

16          The Court hereby grants the parties' request to continue the February 8, 2017 evidentiary

17   hearing to March 1, 2017 at 10:00 a.m in Case No. 6:14-mj-00128-MJS.

18

19   IT IS SO ORDERED.

20
        Dated:   February 7, 2017              /s/ *Michael J. Seng*
21
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28